FILED- LN
November 17, 2025 2:54 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: eod 11/17

United States District Court
For The Western District of Michigan
113 Federal Bldg 315 W Allegan St, Lansing, MI. 48933
Ph: 517)377-1559

<u>Grievance complaint</u>

| STATE OF MICHIGAN | FEDERAL JUDICIAL DISTRICT |
|---|---|
| INGHAM | COUNTY |

Case: **25-06014LT**
Hon.: Stacia J. **Buchanan**

Dianne Haytham Co plaintiff in Pro per
c/o Malikah Stevenson joined party in Pro per
409 S Francis Ave, Lansing MI. 48912
Ph: 912)-433-4235
E: diannehaytham@outlook.com                                **Plaintiff**

1:25-cv-01471
Paul L. Maloney
U.S. District Judge

Vs

David Bueche, et al...
c/o plaintiff's Attorney
Robert K. Ochodnicky (**P75766**)
PO Box 1418, East Lansing, MI. 48826
Ph: 989)-277-6084                                            **Defendant**

Now comes Haytham, et al; in filing this complaint and states the following:
1. A civil action arising between parties (97-3762-LTD); both parties shall receive a copy of this grievance complaint, et al…(assert); remedies.
Haytham, 73 years of age, a totally disabled senior with home possession for the past 30 years. approx: 1995 - currently. (ADA), **Americans With Disability Act**.
Haytham does not have a lease stipulation.
Month to month term.
Rent payment obligation: $650.
Rent to own agreement.
James E. VanDe Bunte, sole owner of 409 S Francis Ave, Lansing, MI. 48912.
Property is being defrauded, by: property manager David Bueche.
David Bueche is defrauding the government. **18 U.S.C. § 371**;(**Conspiracy to Defraud**).
The late VanDe Bunte, may God rest his soul, may God bless him on his journey,
"Has come to pass".
Late James E. VanDe Bunte is the sole owner of multiple properties.
VanDe Bunte Stepson and step daughter who not only put biological mother, kidnapped them both, stole their identities', to extort properties, et al, abandoning both parents to an asylum, nursing home.
Mother may still reside in a nursing home or deceased.
Later on **1**. Stepson was sent to prison for criminal acts committed fraudulently, extorting unlawfully selling properties, et al, against parent's estate. committing terroristic acts onto disabled elderly U.S. citizen Individuals born naturalized in the United States.
**2**. The stepdaughter fled and cannot be found. (catastrophic series of events).
May God rest VanDe Bunte soul, may God bless him on his journey-unfortunately, VanDe Bunte, escaped from a nursing home to known residence, contemplated, committed suicide, and shot his brains out. Due to: catastrophic series of events that are currently still happening.
VanDe Bunte is still the sole owner of multiple properties.
After passing, late VanDe Bunte, leaving behind a document, or a will of some kind, promising not to 1. Up rent, 2. Sale house 409 S Francis Ave, Lansing, MI. 48912, to Haytham.
Haytham a totally disabled elderly senior tenant who currently still resides in possession of home. (ADA), **Americans With Disability Act**.
Haytham has had possession of this home for multiple approx: 30yrs..
Haytham would like a professional estimate to rightfully take over possession of the Property; 409 S Francis Ave, Lansing, MI. 48912, in its entirety. Compensation is well overdue.
Over the past, approx: 30yrs, Haytham has over paid for the property. ("**No further discussion**").
Haytham has never had an eviction.
Haytham is low income.
Haytham does not owe any rent.
Rent is paid by Haytham, faithfully, every month.
Haytham has No fines with the City of Lansing
Haytham has No tickets with the City of Lansing
When Haytham has been compliant for many years.
Individual David Bueche' fraudulently extorted hundreds of dollars in fees from Haytham.
**18 U.S.C. § 2314**; (**Transportation of Stolen Goods**).
The City Of Lansing never had to come out to remove anything based on behalf of Haytham. Individuals who live at 411 S Francis Ave, Lansing MI. 48912, wrongfully called the city to come out to do jobs over the property line. Individuals do not have a property line. The referenced address was a garage at one point and is attached to 409 S Francis Ave, in its entirety.
Individuals unlawfully reported, blaming it on the mentioned address.

1. Bueche made **false allegations** against the City Of Lansing. **31 U.S.C. § 3729**; (**False claims Act**; **18 U.S.C. § 1001**; (**False statements to the government**).
Confirmed by: a City of Lansing clerk, (gov; official), on a recorded line.
City Of Lansing, denies all allegations made by: property manager Bueche".
Regarding concerned property: 409 S Francis Ave, Lansing MI. 48912.
Not in East Lansings, District. **18 U.S.C. § 1038**; (**False information or Hoax**).
Bueche confessed to using, City Of East Lansing during inspection.
A city inspector from East Lansing confessed as well during inspection.
Documents will show proof. **18 U.S.C. § 287**; (**False Fictitious and Fraudulent Schemes**).
Motion requested **FOIA** all City Of East Lansing/Lansing records of created accounts.
Individual Bueche wrongfully involved The City of Lansing.
Bueche conspiracy to commit unlawful Acts.
Bueche, et al, has broken multiple constitutional laws according to the legislature.
Property: 409 S Francis Ave, Lansing, MI. 48912.
Location: Ingham County, City Of Lansing, District.
Motion requested to summon The State of Michigan to Act or join as a party on case...
**Federal Rule of Civil Procedure**; (**FRCP**). Motion requested summons **MI**; **Attorney General**
Motion requested to summon The City Of Lansing to Act or join as a party on case...
**Federal Rule of Civil Procedure**; (**FRCP**).
Motion requested thorough Investigation of case...
Motion requested max penalties against Bueche, et al...
Individual Bueche Imposing to commit conspiracy; et al.. **18 U.S.C. § 371**.
Motion requested rule **16**. Federal Rules of Criminal Procedure.
Motion requested rule **16**. Federal Rules of Civil Procedure.
Motion requested rule **16**. Motion for discovery.
Motion requested a fair jury trial, a hearing on the matters.
Motion requested an **arbitrator, mediator**, to deliver fair judgment to resolve a dispute.
A neutral third party chosen by disputing parties in lieu of litigating in court.
**Mediators** assist in not only resolving disputes but to prevent disputes. They play a pivotal role in identifying mutual interests and promoting healthy communication between 2 parties involved. Encouraging **effective** interaction and help in arriving at a mutually agreeable resolution.Thus **not to render a judgment but to facilitate dialog to reach an agreement.**
Haytham has owned this home for multiple years.
Haytham has had responsibilities, actions, required in maintaining property in
good condition for many years.
Motion requested a professional estimate.
Motion requested to rightfully take over possession of Property in its entirety.
409 S Francis Ave, Lansing, MI. 48912; part of compensation.
Motion requested immediate quit deed.
Motion requested fee waiver of cost, due to: Disabilities and low income.
A quitclaim costs **$30** to file in the State of Michigan, according to **Section 600.2567** of Michigan legislature. **Chapter 2**. **Civil procedure**; **subchapter 2.000 general provisions**. **Michigan Penal Code Act 328 of 1931**.
2. **Uninhabitable Housing Conditions: An attack on disabled seniors, health and safety, et al..** Work orders never completed, leaking pipes, furnace filters never changed, mold throughout the entire home, pest infestation, animal rodents climbing inside the chimney, living in the attic. Raccoons, cats, mice, baby moles, skunks, possums, squirrels, birds, et al...
Property manager Bueche Intentionally inflicting serious health risks, structural damage,

including wear and tear. Uninhabitable conditions lead to respiratory illnesses, infections, and other diseases. Causing covid 19, et al, exposure.
Haytham is taking proper steps, actions to ensure a safe environment.
Bueche had work orders to be completed and inspected over a year ago.
Bueche, et al, work orders never completed.
Safety concerns. **108.1.5** of the housing and premises code.
Bueche' so claim, property manager and city inspector, arguing, cussing inside the home during inspection. City Inspector truly upset and disappointed with buche ethics.
They seem to have known each other quite well.
Now 409 S Francis Ave, Lansing, MI. 48912, is pink tagged.
Due to property manager Bueche lack of a certificate-parcel No: **33-01-01-14-377-031** for work orders never completed.. Seek: City of Lansing code enforcement office lack of certificate notice. Inspection type: **Safety**. Inspection date: **06/18/2025**. Compliance date: **07/18/2025**. Lack of certificate notice to show proof.
Have not seen or heard anything from Bueche regarding maintenance repairs, scheduled re-inspections, et al..
**§ 1460.45** The register owner or registered agent has failed to schedule, missed or canceled required certification inspection appointment, has failed to comply with the required certification inspection report, therefore this property **lacks a valid certificate of compliance**.
**106.4** Correct All violations as detailed on the **Housing Code Correction Notice**.
Either sign and return the notice or call for the reinspection as required.
The dwelling has been declared a dangerous structure as defined in **§ 108.1.5** of the **Lansing Housing and Premises Code**. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office.
Structure does not meet all the requirements as stated above.
The reference address was found to have certain violations of the Lansing **Housing and Premises Code, Chapter; 1460** of the **Code of Ordinances**. One or more of the violations listed must be corrected by the Compliance due date.
Have not seen or heard anything from property manager Bueche.
Bueche is still emailing Haytham letters to extort fees.
And putting the blame on the City Of Lansing. **18 U.S.C. § 666**; (**theft or bribery in federally funded programs**). **18 U.S.C. § 641**; (**theft of public money, property, or records**).
Fraudulent home owner who lives at so claim address, 411 S Francis Ave, Lansing MI. 48912, not a real address.
It was a garage at one point and belongs to the residence of 409 S Francis Ave, Lansing, MI. 48912 in its entirety.
A fraudulent owner who lives at 411 S Francis Ave, Lansing, MI. 48912, is calling the city out to do work and wrongfully charging Haytham for cost.
Bueche, et al, has been doing this for quite some time.
Why such wanton Acts committed against Haytham.
Haytham has done nothing wrong.
**Housing discrimination:** Federal Housing Discrimination enforced by the U.S. Department of Housing and Urban Development (**HUD**), prohibits discrimination in housing based on race, color, religion, sex, familial status, national origin, and disability. The Fair Housing Act covers most housing and requires that all federal programs related to housing be administered in a manner that affirmatively furthers fair housing. (**HUD**) enforces these laws and provides guidance on fair housing and civil rights requirements for public housing. **42 usc. § 3604;Title 42, chapter 45**. Actions outlined in **§ 3610-3614**.
The Fair Housing Act **prohibits discrimination in housing based upon religion**. This prohibition covers instances of overt discrimination against members of a particular

religion as well less direct actions, such as zoning ordinances designed to limit the use of private homes as places of worship.

3. **Theft:** Bueche' fraudulently extorting hundreds of dollars in fees from Haytham.
   **18 U.S. Code Chapter 31, 18 U.S. Code § 641**, conversion of public property or funds.
   **18 U.S. Code § 661,** Criminalize theft occurring within federal territories.
   **18 U.S. Code § 659,** theft involving interstate or foreign shipments.

4. **Identity theft:** Bueche wrongfully obtained and used Haytham, et al, personal identifying information for fraudulent purposes, for economic gain. The use of personal data in a deceptive manner. **18 U.S. Code § 1028**, knowingly transferring using Haytham, et al, identification without lawful authority, with intent to commit unlawful activities.

5. **Property fraud** using scare tactics threatening to evict an elderly woman for nothing out of their home. With winter just around the corner. **Seek**: **§ of codes; statues; already listed**. David Bueche a fraudulent property manager. **The Fair Debt Collection Practices Act**; (**FDCPA**); **18 U.S.C. § 875**; (**threats in interstate communications; property damage, and false allegations**). **18 U.S.C. § 241**; (**conspiracy to threaten or intimidate individuals exercising their civil rights**).
   Bueche is only trying to make a profit. Intentional deception or misrepresentation. Consciously knowingly the owner is deceased. **18 U.S.C. § 1341;** (fraud, swindles).
   **18 U.S.C. § 641**; (theft, embezzlement of third party government property), which sits on U.S. soil. **18 U.S.C. § 1343**; (fraud wire radio television), et al..
   **18 usc. § 1031**; (Major fraud against the United States).

6. **Document fraud, et al;** Bueche forging signatures, et al.. No lease contract in place. Wrongfully trying to evict Haytham to fraudulently sale property: 409 S Francis Ave, Lansing MI. 48912. Bueche, et al, Sophisticated tactics to exploit tenants and property owners. **18 U.S.C. § 1028**; (**unauthorized production, transfer or possession of false identification documents and means of identification**); **18 U.S.C. § 1001**; (**Prohibits making false statements or using false documents in matters within the jurisdiction of any U.S. department or agency**; **8 U.S.C. § 1324c**; (**fraud related to immigration, forging, altering, or false making of documents**).

7. **Stalking, Harassment,** by: Bueche included local state actors, (gov; officials)..
   Imposing under color of law in their Individual and official capacities.
   Bastardized versions of the government..
   Subchapter **6.000** General provisions. **18 U.S.C. § 2261A**; **18 U.S.C. § 1692d**; (**The Fair Debt Collection Practices Act**).
   Most officials are not compliant.
   Violating Haytham's constitutional rights.. **1st, 4th, 5th, 8th, 9th, 14th, 15th**.
   **Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.**
   **The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.**
   **No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.**

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.
The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.
All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. § 1-5..
§ 1. The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or Previous condition of servitude–
§ 2. The Congress shall have power to enforce this article by appropriate Legislation.
42 usc § 1983; 18 usc 241; 242;.

8. **Defamation of character:** libel(slander).
   Haytham does not know the law..
   Haytham is disabled to the Law..
   Haytham totally disabled by law..
   Haytham has pre-existing disabilities. **28 U.S.C**.; (**enacted 1948. Jurisdiction, venue, and procedural rules**).
   Haytham has an enormous family that truly cares and loves Haytham very deeply; concerns when it comes to Haytham's welfare and safety.
   Noted by Medical professionals, Haytham is to never be left alone, at no time.
   Due to Haytham's physical health of total disabilities.
   1. **Haytham elderly in age**, 2. **Has early dementia**, 3. **Blind in right eye**,
   4. **Blurred vision**, 5. **Loss of limbs**, 6. **Fall risk**, 7. **Heart fibrillator**, 8. **et al**..
   Medical records to show proof. Haytham in a incapacitated state.
   Stevenson Motion Requested to join, case, to act as a party on behalf of.
   Haytham incapacitated state due to: disabilities, et al..
   Acts committed have caused an abundance of stress upon Haytham's health.
   Haytham has severe health concerns and has to be hospitalized or seen by medical professionals, Due to: catastrophic series of events..
   Haytham is now awaiting nursing home care.
   Prescribed by: Medical professional to assist with daily home care and chore providing.
9. **Discrimination:** David Bueche has discriminated against Haytham's sex, age, gender, ethnicity, et al.. **42 usc § 1983**. **Civil rights Act of 1964**. **Americans with disabilities**; (**ADA**).
   Haytham is a widow.
   Late Ammar Haytham, (Alias), (**Angelo Patrick Sparks**), is deceased and has been deceased for quite some time. Death certificate to show proof.
10. **Negligence:** Bueche failed to exercise reasonable care in a situation that caused harm to Haytham, et al... (**failure to exercise the care a reasonable person would under similar circumstances**). **19 U.S.C. § 1592; (penalties for negligence among other violations)**.
11. **Title 32 § 750.23**; (**Negligent Conduct**); (**failure to exercise**).
    A breach of duty owed to Haytham, resulting in damages or injuries to protect Haytham, et al, from harm. Bueche subject to suit. Motion requested a redress of grievances. According to our federal constitutional laws and Legislature.
12. **Terroristic Acts:** against a totally disabled senior, born naturalized in The U.S..
    Overly charging an elderly disabled woman on purpose for property damages caused by David Bueche, et al.. **18 U.S.C. § 2332**; (**Terrorist Acts Abroad**); **18 U.S.C. § 2331**); (**Definitions**).

Bueche fraudulently typed up documents causing severe hurt, pain,
and suffering upon Haytham and others.
The City of Lansing has been notified of Acts committed.
No reply from anyone. (**Negligent**).
Bueche used forceful tactics to unlawfully evict Haytham.
Bueche used certain parts of the government to commit criminal acts.
Bueche abandoned property 409 S Francis Ave, Lansing, MI. 48912.
Bueche is the reason why property 409 S Francis Ave, Lansing, MI. 48912,
Is pink tagged in first place for not performing work orders that were never completed.
Orders by: Haytham nor The City Of Lansing MI.
A confused situation that has caused severe health risk or harm.
Haytham now suffers dementia.
Haytham does not owe any rent.
No lease order in place.
Haytham had **section 8** at one time with no problems.
**Section 8** was unlawfully taken and terminated from Haytham.
No real reason why **Section 8** was taken in the first place.
Haytham has done nothing wrong
Haytham had **section 8** for many years with no problem or complications.
Motion requested **section 8** be rightfully restored including theft of escrow account
that was set up in place for Haytham. (**Reinstatement**);**Title 24**; **24 CFR Part 982**;
(**24 CFR Part 880**). Section 8 Housing Act of 1937; Authorizing section 8 program,
**42 U.S.C. § 1437f**.
Motion requested Fair Housing, (**HUD**), Housing and Urban Development.
Multiple pictures to show proof of uninhabitable housing code violations never
performed, repaired, or completed by: Bueche, et al..
Haytham had to contact the City Of Lansing multiple times regarding David Bueche,
et al, conduct and to get a code compliance list of work to be completed.
It took Haytham a whole month before receiving, code enforcement list.
Work orders, still never completed.
Acting as a gov; official from the City of Lansing district, came out to home
without notice. Imposing threats, stalking, harassing, snooping around, defamated
Haytham, et al, character. libel(**slander**). **MCL § 600.2911**.
Note in City of Lansing clerks computer not to release code compliance list of jobs to be
completed.. Say the least" Bueche has not been a compliant individual to work with.
Haytham has not been properly served with eviction court documents. Due to:
Haytham was hospitalized for health and safety concerns.
A caucasian court martial with blonde hair came out to serve Haytham court documents.
Haytham could not be served, Haytham hospitalized for health and safety concerns.
Individual court martial came back next day stalking and harassing, unlawfully taping
document to door after being told of Haytham disability conditions

Camera footage to show proof.

Motion requested case be won in Haytham's favor/
Please show no deliberate indifference.
Motion requested case dismissed without prejudice.
for Haytham, et al, who has suffered harm and injustice.
**A** payment to restore the Haytham party to their original state.
compensating for damages and losses incurred.
Equitable Relief, monetary remedies that injunctions, reinstatement of rights.

      Haytham is entitled to seek remedies for wrongdoing that has occurred through formal legal actions and informal resolutions.

**A Violation, breach of Lease, never was there a lease in place.**
Housing Discrimination, et al, towards Haytham, et al..
**Haytham has asked the property manager for a lease several times.**
**Bueche has never produced a lease.**
**Bueche unlawfully filed a forged lease document, et al; into a U.S. district court.**
**The lease is ancient and the owner(s) are deceased.**
**Haytham was never properly served with initial summons and complaints.**
**(Courts Mailed a copy only to the aforementioned address).**
**Property owner Disputes, damages and owed rent.**
**When Haytham does not owe any rent.**
**A defamation of Haytham's character. (libel(slander).**
**Haytham pays rent faithfully every month.**
**Haytham has no evictions on record.**
**Motion request Fair Housing, (FHA),** Actions outlined in **§ 3610-3614**.
**Fair Housing Act (FHA), prohibits housing discrimination based on race, color, national origin, religion, sex, familial status, or disability. FHA applies to all real estate transactions, including buying, renting, financing, and selling property. It extends beyond leasing to include advertising and prevents landlords from marketing their properties to certain targeted groups of people. The Department of Housing and Urban Development (HUD) is responsible for enforcing the FHA.**
The Fair Housing Act **prohibits discrimination in housing based upon religion**. This prohibition covers instances of overt discrimination against members of a particular religion as well less direct actions, such as zoning ordinances designed to limit the use of private homes as places of worship.
**Motion request Housing and Urban Development, (HUD),** Federal Housing Discrimination enforced by the U.S. Department of Housing and Urban Development (**HUD**), prohibits discrimination in housing based on race, color, religion, sex, familial status, national origin, and disability. The Fair Housing Act covers most housing and requires that all federal programs related to housing be administered in a manner that affirmatively furthers fair housing. (**HUD**) enforces these laws and provides guidance on fair housing and civil rights requirements for public housing. **42 usc. § 3604;Title 42, chapter 45**.
Americans with Disability Act, (ADA).
**A violation of Haytham's constitutional rights**
**42 usc § 1983; 18 usc 241; 242**.
**Haytham, et al; with pre-existing disabilities.**
**Bueche retaliatory eviction, for Haytham exercising legal rights**
**A counterclaim has been entered in Lower district court.**
**A Complaint to Quiet Title has been entered in lower district court.**
**Bueche has no legitimate reason for evicting or to regain possession of property.**
**Haytham is disabled by law.**
**Haytham is disabled to the law.**
**Bueche forces Haytham's (POA) agent from property or be" evicted.**
**Haytham's (POA) agent is homeless and disabled and sleeps in, car, for safety.**
**Haytham's (POA) agent has pre-existing disabilities.**
**Haytham's (POA) agent helps, assists, Haytham as much as needed, due to: disabilities.**
**Haytham, et al, has rights as a elderly disabled citizen.**
**Haytham's (POA) is a registered agent with rights.**
**Americans with Disability Act, (ADA).**
**Case: 25-06014LT is still ongoing.**
**Haytham, et al; has jurisdiction to file case: 25-06014LT; with federal district courts.**

**Attorney" is confusing the courts and its record of case: 25-06014LT.**
**Motion requested attorney recuse himself from case: 25-06014LT.**
**Attorney** Ochodnicky (**P75766**) license needs to be revoked and or never practice.
A meeting with Ochodnicky inside a room in the 54-A district court.
Ochodnicky stated that he has been evicting tenants for 15 years while under Bueche.
Ochodnicky, well aware, has been evicting innocent individuals and families, et al, for 15 yrs.
Ochodnicky in his individual and official capacities.
Ochodnicky has taken Oath and should have known the penalties were severe.
Promises to support The Constitutions Of The United States and the State of Michigan. To promote respect for courts and court officers, pursue just claims, and offer honest defenses under the law.
Ochodnicky is in default.
Ochodnicky is just as guilty. Conflict of interest.
**Preying, stalking, harassment, threatening, et al; the wellbeing of an elderly innocent, individuals, Haytham with nowhere to go.**
Using the deceased.
In which they cannot advocate for themselves.
Code blue: A plan of action that is activated by the Mayor in local emergency management and human services departments. During recent cold weather events, the plan was activated to ensure that shelters were prepared to handle increased demand and that residents were informed about available resources.
Overall, Code Blue serves as a critical response mechanism in Michigan to safeguard the health and safety of individuals during extreme cold weather conditions.
Which plays into Haytham's, et al, pre-existing disabilities.
Motion requested dismissal of case: due to nature of crimes committed.
**Motion requested a Hearing on eviction decision.**
**Ongoing litigation of case: 25-06014LT.**
**Formal request Motion to pause proceedings or dismissal of case: 25-06014LT.**
Formal Motion request, seeking a final decision from lower district.
**Strong claims of constitutional violations of federal and state questioning.**
Bueche, et al, is in default.
Bueche, et al, using fraud and coercion, et al, scare tactics.
Bueche supplying fake documents, rental histories, et al..
Bueche has stolen, fabricated, Haytham or more, et al; identities.
Bueche has stolen, fabricated, the deceased identities.
Trying to sell ready-made fake documents, references to would-be tenants.
Bueche is still collecting rent from Haytham. Extortion of funds, et al..
Receipts to show proof.
Bueche et al; not aware of rent amount.
Haytham has properly set up an escrow account with **54 A** District court.
Bueche is still accepting funds from Haytham for rent..
Bueche using problematic scare tactics.
Bueche, et al; used Civil and Criminal Acts of premeditation, deliberately planning a lawsuit or preparation of a contract, et al...
Bueche, et al, committed acts of a crime before committing it.
Haytham has the right to seek counsel when such errors and acts have occurred.
Courts erred in clerical mistakes, a misunderstanding, et al...
Courts are showing prejudice to case: **25-06014LT; when it comes to protocol.**
**Allowing the other party to get away with horrendous acts.**
**Motion requested max penalties for each individual crime committed.**

Bueche, et al, are showing prejudice, bias, et al; towards Haytham, et al…
Motion asserts that Bueche, et al; complaints, fail to state a claim.
Federal Rule of Civil procedure; case: **25-06014LT** to withstand A **12(b)(6)** Motion to dismiss.
A claim for which relief can be granted.
In court amount $300,000
Outside of court amount $150,000
Included: aforementioned address.
Formal Motion requested Non disclosure agreement.
Settlement amounts payable to Dianne Haytham.
Please show no deliberate indifferences.
Sincerely,
respectfully,
Dianne Haytham
c/o Stevenson joined party