UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D<small>IANNE</small> H<small>AYTHAM</small>,

        Plaintiff,                       Hon. Paul L. Maloney

v.                                               Case No. 1:25-CV-1471

D<small>AVID</small> B<small>UECHE</small>, et al.,

        Defendants.
_____/

## REPORT AND RECOMMENDATION

      This action was initiated by Malikah Stevenson on behalf of her mother Dianne Haytham. (ECF No. 1). Because Plaintiff has been permitted to proceed as a pauper, the Court has reviewed the complaint pursuant to 28 U.S.C. § 1915(e)(2) to determine whether it is frivolous, malicious, or fails to state a claim. Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that (1) Haytham obtain representation by a licensed attorney or (2) this matter be dismissed.

      Malikah Stevenson brings this action seeking redress for injuries her mother has allegedly suffered.[1] Stevenson does not identify herself as an attorney, but rather, she purports to be acting on Haytham's behalf pursuant to a Power of Attorney. (ECF No. 1, PageID.11). But, because she is not a lawyer, Stevenson lacks the ability to represent

---

[1] The complaint is filed in the name of Dianne Haytham, the party who has allegedly suffered injury, but the complaint was not signed by Haytham. Rather, the complaint is signed by her daughter Malikah Stevenson. (ECF No. 1, PageID.10-11).

1

Haytham in this matter. *See, e.g., Khatri Estate v. Dearborn Public Schools*, 2025 WL 2427196 at *9 (E.D. Mich., July 31, 2025) ("[a] non-lawyer may not represent another non-lawyer in connection with a matter pending in federal court. This is so even if such representation is purportedly authorized by a power of attorney or other agreement"). While the Court is not unsympathetic to Haytham's plight, her daughter cannot prosecute this matter on her behalf.

## CONCLUSION

For the reasons articulated herein, the undersigned recommends that no later than 30 days from the date this Report and Recommendation is adopted, a licensed attorney appears in this matter to represent the interests of Dianne Haytham. In the event this does not occur, the undersigned recommends that the present complaint be dismissed without prejudice.

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Respectfully submitted,

Dated: November 21, 2025

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge